IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CBRE, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **STOBBA ASSOCIATES, L.P.** | : | **NO. 17-5746** |

## ORDER

**NOW**, this 8th day of April, 2019, this case having been settled, and after a conference with the parties, it is **ORDERED** as follows:

1. The Clerk of Court shall **TRANSFER** this case from the civil suspense docket to the active docket; and,

2. This action is **DISMISSED** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.[1]

/s/TIMOTHY J. SAVAGE

---

[1] The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.